UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANDREW Q. KRAFT,

     Plaintiff,

v.

THE ARENA GROUP HOLDINGS, INC. and
MANOJ BHARGAVA,

     Defendants.

Case No. 24-cv-02619 (LJL)

## <u>NOTICE OF DEFENDANT MANOJ BHARGAVA'S MOTION TO DISMISS</u>

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendant Manoj Bhargava

respectfully requests that the Court dismiss Plaintiff's claim against him for tortious interference

with a contract. The bases for this Motion are set forth in the accompanying Memorandum of

Law.

Dated: July 16, 2024

Respectfully submitted,

S/ *Lauren Walas*
Lauren Walas (*admitted pro hac vice*)
Eric J. Pelton (*admitted pro hac vice*)
KIENBAUM HARDY VIVIANO PELTON
& FORREST, P.L.C.
280 N. Old Woodward Ave.
Ste. 400
Birmingham, MI 48009
Phone: (248) 645-0000
Facsimile: (248) 458-4581
lwalas@kvhpf.com
epelton@khvpf.com

*Attorneys for Defendant Manoj Bhargava*

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on July 16, 2024, the foregoing and all accompanying documents were served via the Court's CM/ECF system, which sent electronic notice of the filing to all counsel of record.

S/ *Lauren Walas*
Lauren Walas

2