UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ANDREW Q KRAFT,

                Plaintiff,                            24 Civ. No. 2619 (LJL)

      -against-                                  **PRE-SETTLEMENT**
                                                        **CONFERENCE ORDER**

THE ARENA GROUP HOLDINGS
INC., *et al.,*

                Defendants.
-----------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

        This action is scheduled for a Pre-Settlement Conference Call on **Tuesday, September 16, 2025 at 3:00 p.m.**, to discuss the scheduling of and preparation for a Settlement Conference. The parties are directed to consult the undersigned's Settlement Conference Procedures, available at https://nysd.uscourts.gov/hon-gary-stein. Counsel are directed to join the conference via Microsoft Teams at the scheduled time. **Please dial (646) 453-4442, Access Code: 728 463 860#.**

        SO ORDERED.

DATED:    New York, New York
                September 9, 2025

                                                                            _____
                                                                            The Honorable Gary Stein
                                                                             United States Magistrate Judge