```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
ANDREW Q KRAFT,                                                    :
                                                                   :
                        Plaintiff,                                 :
                                                                   :    24-cv-02619 (LJL)
        -v-                                                        :
                                                                   :         ORDER
THE ARENA GROUP HOLDINGS INC.,                                     :
                                                                   :
                        Defendant.                                 :
-------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/11/2025

LEWIS J. LIMAN, United States District Judge:

      The Court held a Telephonic Status Conference in this matter today, September 11, 2025 in which both parties appeared. At the conference, the Court set the following pretrial deadlines and trial schedule. Parties are to submit a joint pretrial order, requests to charge, proposed voir dire, and motions in limine by December 5, 2025. Any oppositions to motions in limine and responses to requests to charge and proposed voir dire are due December 12, 2025. A final pretrial conference is scheduled for December 16, 2025, at 11:00 a.m. in Courtroom 15C at the 500 Pearl Street Courthouse. A jury trial is scheduled for January 5, 2026, at 9:00 a.m. in Courtroom 15C at the 500 Pearl Street Courthouse.

      SO ORDERED.

Dated: September 11, 2025
       New York, New York

                                                LEWIS J. LIMAN
                                        United States District Judge