UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
ANDREW Q. KRAFT,                                                   :
                                                                   :
                          Plaintiff,                               :
                                                                   :            24-cv-2619 (LJL)
            -v-                                                     :
                                                                   :                ORDER
THE ARENA GROUP HOLDINGS INC.,                                     :
                                                                   :
                          Defendant.                               :
                                                                   :
-------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/16/2026

LEWIS J. LIMAN, United States District Judge:

The Court will address the disputed charges, as briefed by the parties (Dkt. Nos. 78–79),

the morning of the first day of trial, April 21, 2026.

SO ORDERED.

Dated: April 16, 2026
       New York, New York                    _____
                                                        LEWIS J. LIMAN
                                                     United States District Judge