UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANDREW Q. KRAFT

      Plaintiff,

    -v.-

THE ARENA GROUP HOLDINGS INC.,

      Defendant.

24-cv-2619 (LJL)

## JURY VERDICT

Please indicate each of your verdicts with a check mark (✓).    All jurors must agree on the answers to all of the questions.    Jurors must answer the questions in the order in which they are presented.

## ISSUE 1: BREACH OF CONTRACT CLAIM

1A.    Did Plaintiff prove by a preponderance of the evidence that he substantially performed all of the terms of his Amended and Restated Executive Employment Agreement dated January 1, 2021 (the "Employment Agreement")?

      YES __✓__        NO _____

*If you answered NO, skip and proceed to Issue 3, below.*
*If you answered YES, proceed to Question 1B.*

1B.    Did Defendant prove by a preponderance of the evidence that Plaintiff was furnished with a written notice of termination for Cause that set forth the termination date, and stated, in reasonable detail, the circumstances claimed to provide a basis for termination, as required by Section 1.3(b)(i) of the Employment Agreement?

      YES _____        NO __✓__

*If you answered NO, you must treat the termination as not for Cause and proceed to Issue 2, below.*
*If you answered YES, proceed to Question 1C.*

1C.    Did Plaintiff prove by a preponderance of the evidence that the termination of his employment by The Arena Group was NOT for "CAUSE" as that term is defined in Section

1.5(e)(iii) and (iv) of the Employment Agreement?

YES _____          NO _____

*If you answered YES, proceed to Question 1D.*
*If you answered NO, skip and proceed to Issue 3, below.*

1D.   Did Defendant prove by clear and convincing evidence its affirmative defense that Plaintiff acted with unclean hands?

YES _____          NO _____

*If you answered NO, proceed to Issue 2, below.*
*If you answered YES, proceed to Issue 3, below.*

## ISSUE 2: DAMAGES FOR BREACH OF CONTRACT CLAIM

*Only answer if you were instructed by your answers in the previous section to proceed to Issue 2. Otherwise, leave this section blank.*

First Amendment to Amended & Restated Executive Employment Agreement dated August 1, 2023 (the "August 1, 2023 Agreement")

2A.   Did Plaintiff prove by a preponderance of the evidence that the August 1, 2023 Agreement was approved by the Compensation Committee of the Board of Directors in accordance with the corporate governance procedures required by the governing Bylaws and Charter?

YES ✓          NO _____

*If the answer is YES, proceed to Question 2B1, below.*
*If the answer is NO, proceed to Question 2A1, below.*

2A1.   Did Plaintiff prove by a preponderance of the evidence that the August 1, 2023 Agreement was ratified by the Board or Compensation Committee of The Arena Group?

YES _____          NO _____

*If you answered YES, proceed to Question 2B1, below.*
*If you answered NO, proceed to Question 2A2, below.*

2A2.   Did Plaintiff prove by a preponderance of the evidence that the Board or Compensation Committee of The Arena Group led him to believe that the CEO had apparent authority to sign the document titled August 1, 2023 Agreement?

YES _____          NO _____

2

*If the answer to each question in Section 2A, above, was No, you must disregard the August 1, 2023 Agreement in your calculation of damages. Proceed to Issue 3.*

*If you answered YES to any of the questions in Section 2A, proceed to Question 2B1, below.*

2B1.    Did Plaintiff prove by a preponderance of the evidence that he earned any quarterly bonuses for 2023 that were unpaid?

YES  ✓            NO _____

*If you answered NO, proceed to Issue 3.*
*If you answered YES, proceed to question 2B2.*

2B2.    What percentage attainment of the performance metrics agreed upon with the CEO of The Arena Group did Plaintiff meet in:

Quarter 1 of 2023:    %  50

Quarter 2 of 2023:    %  50

Quarter 3 of 2023:    %  0

## ISSUE 3: BREACH OF FIDUCIARY DUTY OF LOYALTY/FAITHLESS SERVANT

3A.    Did Defendant prove by a preponderance of the evidence that Plaintiff breached his duty of loyalty and care to the Company?

YES _____            NO  ✓

*If you answered YES, proceed to Question 3B1.*
*If you answered NO, proceed directly to Issue 4.*

3B1. Did Defendant prove by a preponderance of the evidence that this breach resulted in damages?

YES _____            NO _____

*If you answered YES, proceed to Question 3B2.*
*If you answered NO, proceed to Question 3C1.*

3B2. What amount of damages has Defendant proved as a result of that breach?

$_____

*Proceed to Question 3C1.*

3

3C1. Did Defendant prove by a preponderance of the evidence that Plaintiff was a faithless servant?

YES _____          NO _____

*If you answered YES, proceed to Question 3C2.*
*If you answered NO, proceed to Issue 4.*

3C2.   What was the date of Plaintiff's first disloyal act?


_____

*Proceed to Question 3C3.*

3C3.   What is the total compensation (salary, bonus, equity, and benefits) that Plaintiff received from Defendant starting from the date of Plaintiff's first disloyal act?

$_____

*Proceed to Issue 4.*

## ISSUE 4:   FRAUD/FRAUDULENT CONCEALMENT CLAIM

4A. Did Defendant prove by clear and convincing evidence that Plaintiff made a false statement of material fact?

YES _____          NO ✓

*If you answered NO, proceed to Issue 5 below.*
*If you answered YES, proceed to Question 4B.*

4B.   Did Defendant prove by clear and convincing evidence that Plaintiff knew the representation was false or made the statement with reckless disregard for whether it was true or false?

YES _____          NO _____

*If you answered NO, proceed to Issue 5 below.*
*If you answered YES, proceed to Question 4C.*

4C.   Did Defendant prove by clear and convincing evidence that Plaintiff intended to induce it (or its representatives) to rely on the statement?

YES _____          NO _____

*If you answered NO, proceed to Issue 5.*
*If you answered YES, proceed to Question 4D.*

4D.   Did Defendant prove by clear and convincing evidence that it justifiably relied on the statement?

YES \_\_\_\_\_          NO \_\_\_\_\_

*If you answered NO, proceed to Issue 5.*
*If you answered YES, proceed to Question 4E.*

4E.   Did Defendant prove by clear and convincing evidence that the statement was a substantial factor in causing its damages?

YES \_\_\_\_\_          NO \_\_\_\_\_

*If you answered NO, proceed to Issue 5.*
*If you answered YES, proceed to Question 4F.*

4F.   What amount of damages, if any, did Defendant prove by clear and convincing evidence was caused by the fraud?

$_____

*(If you find no damages, write $0)*
*Proceed to Issue 5, below.*

## ISSUE 5: MUTUAL MISTAKE

5.   If you find that the Compensation Committee was not induced by fraud or fraudulent concealment to award certain equity compensation during the November 2, 2023 Compensation Committee meeting, did the Compensation Committee nevertheless act under mutual mistake, in that
1.   Both Mr. Kraft and the Compensation Committee were independently mistaken as to whether the buyer was made aware of and had any objection to the compensation proposals;
2.   The mistake changed the bargain so much that The Arena Group would not have awarded the compensation if it had been made aware of the mistake?

YES \_\_\_\_\_          NO \_✓\_\_\_

*Proceed to Issue 6.*

## ISSUE 6: BREACH OF FIDUCIARY DUTY TO DISCLOSE

5

6A.  Did Defendant prove by a preponderance of the evidence that Plaintiff breached his duty to disclose material facts to the Compensation Committee?

YES _____          NO _✓___

*If yes, proceed to Question 6B.*

6B.  Was Defendant harmed by Plaintiff's breach of fiduciary duty to disclose?

YES _____          NO _____

*If yes, proceed to Question 6C.*

6C.  What are the damages due to Defendant as a result of Plaintiff's breach of fiduciary duty to disclose?

$_____

*You are finished. The foreperson should ensure that each juror agrees with the answer to each question. Each juror should sign below.*

_____          _____
Foreperson                     Date

6