**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------X

ANDREW Q. KRAFT,

Plaintiff,

-against-

Docket No. 24-cv-02619-LJL

**JUDGMENT ON A**
**<u>JURY VERDICT</u>**

THE ARENA GROUP HOLDINGS INC. and
MANOJ BHARGHAVA,

Defendants.

------------------------------------------------------------------X

A jury trial was held before this Court on April 21, 22, 23, 24 and 27, 2026 on Plaintiff's First Cause of Action for breach of contract and on Defendant The Arena Group Holdings, Inc.'s ("Defendant") First Counterclaim for breach of fiduciary duty of loyalty/faithless servant, Second Counterclaim for fraudulent concealment, and Third Counterclaim, for breach of fiduciary duty to disclose. The jury having rendered its verdict on April 27, 2026, it is hereby:

ORDERED, ADJUDGED, AND DECREED that judgment is entered in favor of Plaintiff Andrew Kraft and against Defendant The Arena Group Holdings, Inc. on Plaintiff's First Cause of Action for breach of contract in the total amount of $1,105,269.00 (representing $500,000 severance equal to Plaintiff's annual salary, $500,000 severance equal to Plaintiff's annual bonus, $50,269 for COBRA reimbursement, $27,500 for Plaintiff's Q1 2023 quarterly bonus and $27,500 for Plaintiff's Q2 2023 quarterly bonus); and it is further

ORDERED, ADJUDGED, AND DECREED that Plaintiff's Second Cause of Action, having been dismissed by the Court pursuant to Rule 12(b) of the Federal Rules of Civil Procedure by Order dated December 27, 2024, is dismissed with prejudice; and it is further

ORDERED, ADJUDGED, AND DECREED that judgment is entered in favor of Plaintiff Andrew Kraft and against Defendant The Arena Group Holdings, Inc. on Defendant's First Counterclaim, Second Counterclaim, and Third Counterclaim, and that each of said counterclaims is dismissed on the merits in accordance with the jury's verdict; and it is further

ORDERED AND ADJUDGED that Plaintiff Andrew Kraft shall recover his costs of this action, and that such costs are to be taxed by the Clerk of Court upon submission of an appropriate bill of costs in accordance with Fed. R. Civ. P. 54(d)(1) and Local Civil Rule 54.1; and it is further

ORDERED AND ADJUDGED that post-judgment interest shall accrue on the total amount of this judgment, including costs, at the rate provided by 28 U.S.C. § 1961, from the date of entry of this Judgment until paid; and it is further

ORDERED AND ADJUDGED that Plaintiff Andrew Kraft is entitled to prejudgment interest pursuant to CPLR 5001 and CPLR 5004, at the statutory rate of nine percent (9%) per annum, from: a) with respect to the $1,000,000 severance, July 19, 2024; b) with respect to the $50,269 COBRA reimbursement, September 12, 2024; and c) with respect to $55,000 quarterly bonuses, December 5, 2023; in each case through the date of entry of judgment, to be calculated by the Clerk of Court and added to the judgment;

ORDERED AND ADJUDGED that pursuant to the Stipulation of the parties entered on the record in open court on April 23, 2026, any application by Plaintiff for attorneys' fees shall be made by motion pursuant to Fed. R. Civ. P. 54(d)(2), and the Court retains jurisdiction to determine the amount of reasonable attorneys' fees to be awarded, if any.
The Clerk of Court is respectfully directed to enter judgment accordingly.

Dated: New York, New York
July 10, 2026 , 2026

SO ORDERED.

LEWIS J. LIMAN
United States District Judge